**Dismissed; Opinion Filed February 1, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01301-CV

**JUAN Q. GARZA AND SYLVIA S. GARZA, Appellants**
**V.**
**INFINITY ROOFING & SIDING, INC., Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02529-2017**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Nowell

Before the Court is the parties' joint motion to dismiss the appeal pursuant to settlement. The parties ask we render judgment effectuating their agreement, vacate the trial court's judgment, and dismiss the case with prejudice. We grant the motion. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), we vacate the trial court's judgment without regard to the merits and dismiss the case with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

181301F.P05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JUAN Q. GARZA AND SYLVIA S. GARZA, Appellants

No. 05-18-01301-CV     V.

INFINITY ROOFING & SIDING, INC., Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas
Trial Court Cause No. 003-02529-2017.
Opinion delivered by Justice Nowell, Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's judgment without regard to the merits and **DISMISS** the case with prejudice.

We **ORDER** that each party bear its own costs of this appeal as agreed.

Judgment entered this 1st day of February, 2019.